GEOFFREY A. HANSEN
Assistant Federal Public Defender
TAMARA CREPET
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Tamara_Crepet@fd.org

Counsel for Defendant DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　Plaintiff,<br>　　v.<br><br>BECKY DAVIS,<br>　　　　　　　Defendant. | No. CR 21-00255-(DMR) -LHK<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE AND TO VACATE STATUS CONFERENCE RE: BAIL VIOLATION<br><br>**Hon. Donna M. Ryu** |

On December 3, 2021, Pretrial Services filed a violation notice stating that Ms. Davis used illegal narcotics on November 19, 2021, in violation of her conditions. Dkt. 36. In light of the violation, Pretrial Services recommended that Ms. Davis participate in residential treatment. Dkt. 36. On December 8, 2021 the parties appeared before this Court to address the violation, and the parties concurred with Pretrial Services' recommendation. *See* Dkt. 38. At the time of the hearing, the defense raised a concern about a medical appointment that Ms. Davis had scheduled with her surgeon for December 15, 2021, and requested a one-day continuance of the proceedings so that Ms. Davis could attempt to advance her medical appointment in order to attend it before going into treatment. *See* Dkt. 38. Subsequent to hearing, Ms. Davis was able to advance her medical appointment to December 9, 2021 at 2:00 p.m.

STIPULATION AND ORDER
CR 21-00255-(DMR)-LHK

1    Accordingly, the parties stipulate and agree, with the Court's approval, that the terms of

2    Ms. Davis's pretrial release shall be modified to include that she participate in, and complete a

3    90-day residential drug treatment program at Center Point Inc., located at 1601 Second Street,

4    San Rafael, California, 94901. The parties also stipulate and agree that Ms. Davis shall arrive at

5    Center Point on Friday, December 10, 2021 by no later than 12:00 p.m.

     The parties further stipulate and agree that the status conference regarding Ms. Davis's

6    bail violation may be vacated as the concern related to her medical appointment has been

7    resolved.

8    IT IS SO STIPULATED.

9

10   Dated: December 9, 2021                    GEOFFREY A. HANSEN
                                                Acting Federal Public Defender
11                                              _____/s/_____
12                                              Tamara Crepet
                                                Assistant Federal Public Defender
13

14
     Dated: December 9, 2021                    STEPHANIE M. HINDS
15                                              Acting United States Attorney
                                                _____/s/_____
16                                              Marissa Harris
                                                Assistant United States Attorney
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER
CR 21-00255-(DMR)-LHK

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

Upon agreement and stipulation of the defendant Becky Davis, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant Becky Davis's conditions of pretrial release be modified to include that she participate in, and complete a 90-day residential drug treatment program at Center Point Inc., as directed by Pretrial Services. It is further ORDERED that Ms. Davis arrive at Center Point Inc., on Friday, December 10, 2021 by no later than 12:00 p.m.

It is further ORDERED that the December 9, 2021 status conference regarding Ms. Davis's bail violation may be vacated.

IT IS SO ORDERED.

DATED: ___December 9, 2021___



_____
HONORABLE DONNA M. RYU
United States District Judge

STIPULATION AND ORDER
CR 21-00255-(DMR)-LHK